# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3036
_____

Loren W. May, Sr.

*Plaintiff - Appellant*

v.

United States of America

*Defendant*

T. C. Outlaw, Warden, FCI - Forrest City; Ronald Smith, Safety Manager,
FCI-Forrest City

*Defendants - Appellees*

Geraldo Maldonado, Jr.; Harrell Watts; Does

*Defendant*s
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena
_____

Submitted: April 2, 2013
Filed: April 5, 2013
[Unpublished]
_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Loren May, an inmate of the Federal Correctional Institution in Forrest City, Arkansas, appeals the district court's[1] grant of summary judgment to defendants Warden T.C. Outlaw and Safety Manager Ronald Smith. May asserted that they violated his Eighth Amendment rights by knowingly subjecting him to an environment containing "black mold," which caused him a number of illnesses. Because undisputed evidence shows that Outlaw and Smith took meaningful, affirmative steps to reduce the amount of mold present at the prison facility, we conclude that neither defendant was deliberately indifferent to May's medical needs or health risks. See Nelson v. Corr. Med. Servs., 583 F.3d 522, 528-29 (8th Cir. 2009) (prison official violates Eighth Amendment if official knows of and disregards serious medical need or substantial risk to inmate's health or safety).

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).